## No. 5032.

### FREDERIC FLUKE *v.* MRS. MARY A. MARTIN.

The plaintiff sues defendant for the balance of an account for supplies furnished to make a crop, which he alleges inured to her benefit. It was incumbent on plaintiff to prove that the articles thus furnished had inured to the benefit of defendant, as alleged, but he has failed to do so. Besides, this court is satisfied as to the correctness of the defense—which is—that the debt is a community debt for which the defendant, who was a married woman, can not be held responsible.

APPEAL from the Ninth Judicial District Court, Parish of Rapides. *Bowman,* Judge *ad hoc. R. A. Hunter,* for plaintiff and appellee. *T. O. Manning,* for defendant and appellant.

HOWELL, J. The plaintiff sues Mrs. Martin for the balance of an account for supplies furnished for the use of the plantation to make the crop of 1866, which he alleges inured to the benefit of the defendant.

The defense is that the debt is a community debt for which the defendant, who was a married woman, can not be held responsible.

It was incumbent on the plaintiff to prove that the articles furnished by him inured, as he alleges, to the separate advantage of the defendant, in which however, we think, he has failed. The land, it is shown, was the separate property of defendant, but the admission that there existed a community between herself and her husband and other proof in the record satisfy us that the cultivation of the crop was under the control of the husband and the debt in suit is a community debt.

It is therefore ordered that the judgment appealed from be reversed and there be judgment in favor of the defendant with costs in both courts.

Rehearing refused.